United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **EMANUEL RUIZ-LEIVA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01002** |
| | § | |
| **WARDEN OF LA SALLE COUNTY** | § | |
| **REGIONAL DETENTION CENTER,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Emanuel Ruiz-Leiva's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). In his Petition, Petitioner alleges that he is currently detained at La Salle County Regional Detention Center within the Southern District of Texas. (Dkt 1 at 4.) However, Petitioner's exhibits indicate that Petitioner is currently detained at South Texas ICE Processing Center in Pearsall, Texas. (*Id.*, Attach. 1 at 7.)

In light of the conflicting information before the Court, the Parties are **ORDERED** to file an advisory clarifying the specific facility where Petitioner was detained when the Petition was filed, (*see* Dkt. 1), and addressing whether this Court retains habeas jurisdiction over the case, **on or before June 18, 2026.**

IT IS SO ORDERED.
SIGNED this June 16, 2026.

Diana Saldaña
United States District Judge